**FILED**
**IN CLERK'S OFFICE**
**US DISTRICT COURT**
**E.D.N.Y.**
**\* NOVEMBER 17, 2025 \***
**BROOKLYN OFFICE**

RCH/MEF:MS/RMS
F. #2025R00405

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ATICKUL ISLAM,
  also known as
  "James W. Anderson,"

  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____**25-CR-359**_____
(T. 18, U.S.C., §§ 912 and 3551 et seq.)

**Judge Dora Lizette Irizarry**
**Magistrate Judge Lara K. Eshkenazi**

THE GRAND JURY CHARGES:

### FALSE PERSONATION OF AN OFFICER OR EMPLOYEE OF THE UNITED STATES

On or about March 29, 2025, within the Eastern District of New York and elsewhere, the defendant ATICKUL ISLAM, also known as "James W. Anderson," did knowingly and intentionally falsely assume and pretend to be an officer and employee acting under the authority of the United States and a department, agency, and officer thereof, and did act as such, to wit: ISLAM claimed to be the Field Office Director of the United States Immigration and Customs Enforcement ("ICE") New York Field Office and contacted Victim-1,

an individual whose identity is known to the Grand Jury, to demand that Victim-1 and Victim-1's family report to an ICE location in New York City by April 15, 2025.

(Title 18, United States Code, Sections 912 and 3551 et seq.)

A TRUE BILL

_____s/_____
FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2