RMS/MS
F.# 2025R00405

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ATICKUL ISLAM,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

No. 25-CR-359 (DLI)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Rebecca Schuman and Margaret Schierberl, for an order unsealing the above-captioned case in its entirety.

WHEREFORE, it is ordered that the case be unsealed.

Dated: Brooklyn, New York
November 18, 2025

Taryn A. Merkl
HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK