# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

**United States of America**

-v-

Atickul Islam

**Defendant.**

**NOTICE OF APPEARANCE**

**Docket Number :** 25-CR-359

**Judge :** Dona Lizette Irizarry
Magistrate Lara K. Eshkenazi

**Date :** November 18, 2025

**PLEASE NOTICE, that I have been RETAINED by** NYPD SBA (Arraignment ONLY) **the above named defendant. I was admitted to practice in this district on** EDNY.

**Signature :** [signature]

**Print Name :** John Arlia

**Bar Code :** JA - 6781

**Office Address :** 20 Vesey St.
Suite 210 New York, NY 10007

**Telephone # :** (516) 557-5692

***** NOTICE TO ATTORNEY*****

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

[illegible] - [illegible]

threatening [illegible] I.C.E. deported

[illegible]

[illegible] Field [illegible]

[illegible] office

- [illegible]

[illegible] representative

"[illegible]" -