**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMS/MS
F. #2025R00405

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 28, 2026

By Email and ECF
John Arlia, Esq.
20 Vesey Street, Suite 210
New York, NY 10007

Re: United States v. Atickul Islam
Criminal Docket No. 25-359 (DLI)

Dear Counsel:

Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. These items are being provided to you via hard drive. Please note that certain materials in this production have been marked as "SENSITIVE DISCOVERY MATERIAL" pursuant to the protective order entered by the Court. See ECF No. 11.

This production includes the following:

- Body-worn camera footage relating to the defendant's arrest on November 18, 2025 (US_000356-US_000369);
- Search warrant records for Apple IDs atickuli@yahoo.com and holla689@live.com (SDM_US_000370);
- Cellebrite extraction and report for the defendant's Apple iPhone 17 (SDM_US_000371);
- The defendant's post-arrest statements (US_000372-US_000373); and
- Search warrant affidavits (US_000374-US_000434).

The government reiterates its request for reciprocal discovery from the defendant.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Rebecca M. Schuman
Rebecca M. Schuman
Margaret Schierberl
Assistant U.S. Attorney
(718) 254-7000

Enclosures (by hard drive)

cc: Clerk of Court (DLI) (by ECF) (without enclosures)