**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMS
F. #2025R00405

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 19, 2026

By ECF
The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Atickul Islam
Criminal Docket No. 25-359 (DLI)

Dear Judge Irizarry:

The parties in the above-captioned matter hereby submit a joint status report, pursuant to the Court's Order dated January 6, 2026. A status conference is presently scheduled for March 3, 2026.

The defendant is in the process of reviewing discovery materials produced by the government, and the parties also are engaged in preliminary negotiations regarding a possible disposition of this matter. Accordingly, the parties respectfully request that the status conference be adjourned for approximately 60 days.

The parties also request that time under the Speedy Trial Act be excluded until the date of the adjourned status conference, so that the defendant can continue to review discovery and the parties can continue to engage in plea negotiations. The defendant consents to the request to exclude time.

Respectfully submitted,

JOSEPH NCOELLA, JR.
United States Attorney

By: /s/
Rebecca M. Schuman
Assistant U.S. Attorney
(718) 254-7202

cc: Clerk of Court (DLI) (by ECF)
John Arlia, Esq. (by ECF)