**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
**20 Vesey Street, Suite 210**
**New York, NY 10007**
**Tel: (212) 566-6262 – Fax: (212) 608-6262**

July 28, 2026

Via ECF

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Atickul Islam
Criminal Docket No. 25-359 (DLI)

Dear Judge Irizarry:

The Defendant respectfully requests an adjournment of the August 12, 2026 status conference. The basis for the request is the Defendant would like to set a change of plea appearance date for September 30, 2026.

The Government has no objection to such request. Subject to Court approval, the parties agree to exclude speedy trial time. Lastly, the September 30, 2026 change of plea appearance date was jointly disclosed with your Court Deputy Carosella.

WENGER AND ARLIA, ESQS.

John Arlia

John Arlia, Esq. (JA-6781)